Per Curiam.
 

 The questions of law involved in the instant case were all considered and determined in
 
 Dice
 
 v.
 
 Akron, Canton & Youngstown Rd. Co., ante,.
 
 185. The law as announced in the syllabus in that case requires a reversal of the judgment of the Court, of Appeals in the instant case.
 

 The judgment of the Court of Appeals is, therefore,, reversed and the cause is remanded to that court for further proceedings in accordance with the opinion in the
 
 Dice case.
 

 Judgment reversed.
 

 Wbygandt, C. J., Stewart, Middleton, Taet, Matthias and Hart, JJ., concur.
 

 Zimmerman, J., dissents.